Filed 8/21/14  P. v. Amador CA2/1

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION ONE

| | |
|---|---|
| THE PEOPLE, | B253417 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. LA066607) |
| v. | |
| GILDARDO AMADOR, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County.  Martin Herscovitz, Judge.  Affirmed.

Jamie Lee Moore, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

_____

Gildardo Amador was convicted after a court trial of 11 counts of second degree robbery, with findings he personally used a firearm (Pen. Code, § 12022.53, subd. (b)). The convictions stemmed from robberies of liquor, tobacco, and mobile phone stores in the San Fernando Valley between October, 2012, and February, 2011. The trial court sentenced defendant to 28 years in prison.

Defendant filed a timely appeal. We appointed counsel to represent defendant on appeal. After examination of the record, counsel filed an opening brief raising no issues and asking this court to independently review the record. On June 10, 2014, we advised defendant he had 30 days within which to personally submit any contentions or issues he wished us to consider. To date, we have received no response.

We have examined the entire record and are satisfied that defendant's attorney has fully complied with her responsibilities and that no arguable issues exist. (*People v. Kelly* (2006) 40 Cal.4th 106, 109–110; *People v. Wende* (1979) 25 Cal.3d 436, 441.)

**DISPOSITION**

The judgment is affirmed.

NOT TO BE PUBLISHED


                                                          MILLER, J.*

We concur:


ROTHSCHILD, P. J.


CHANEY, J.

---

    **\*** Judge of the Los Angeles Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.